IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
IN ADMIRALTY
CASE NO.: 5:14-CV-121-F

| | |
|---|---|
| FRATELLI D'AMATO SpA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER ON MOTION FOR |
| PACTRANS AIR & SEA USA a/k/a ) | APPOINTMENT OF SERVICE AGENT |
| PACTRANS AIR & SEA, INC., ) | |
| ) | |
| Defendant ) | |
| and ) | |
| ) | |
| NORCA ENGINEERED PRODUCTS, ) | |
| LLC, NORCA EP, INC., AND ) | |
| NORCA ENGINEERED PRODUCTS, ) | |
| INC., ) | |
| Garnishees ) | |

FOR GOOD CAUSE SHOWN, it is hereby ORDERED, under Section 1(d)(ii) of Rule B of the Supplmental Rules for Certain Admiralty and Maritime Claims, that Justin Humphries, Esq. and any other employees, agents and sub-agents of Humphries & King, P.C., 2018 Eastwood Rd #204, Wilmington, NC 28403 are hereby specially appointed to serve the Summons, Complaint, Process of Maritime Attachment and Garnishment upon any Garnishee in this action. IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(l), Federal Rules of Civil Procedure. SO ORDERED, this the 6ᵘ day of March, 2014.

BY THE COURT:

*James C. Fox*
James C. Fox
Senior United States District Judge